CREAM OF WHEAT CO. v. AMERICAN HOME MAGAZINE CO.

(Supreme Court, Appellate Division, First Department. December 19, 1913.)

Appeal from Special Term, New York County.

Action by the Cream of Wheat Company against the American Home Magazine Company. From an order denying a motion for extension of time to serve the complaint, plaintiff appeals. Reversed, and motion for extension granted.

See, also, 144 N. Y. Supp. 873.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Joseph J. Baker, of New York City, for appellant.

Clarence J. Shearn, of New York City, for respondent.

PER CURIAM. The reversal of this order follows naturally upon the reversal of the order denying plaintiff's motion for an inspection. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion for an extension of time to serve complaint granted.